JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS E. RODRIGUEZ, | ) | NO.  EDCV 20-2606-JWH (AGR) |
|           Plaintiff, | ) | |
|    v. | ) | JUDGMENT |
| J. BRIONES, et al., | ) | |
|           Defendant. | ) | |

Pursuant to the Order Dismissing First Amended Complaint Without Leave to Amend,

IT IS ADJUDGED that the First Amended Complaint is dismissed without leave to amend and judgment is entered dismissing this action.

DATED: August 13, 2021

_____
JOHN W. HOLCOMB
United States District Judge